1  ANDRÉ BIROTTE JR.
   United States Attorney
2  LEON W. WEIDMAN
3  Assistant United States Attorney
   Chief, Civil Division
4  JACOB M. MIKOW, CSBN 238045
5  Special Assistant United States Attorney
6       Social Security Administration
        160 Spear St., Suite 800
7       San Francisco, CA  94105
8       Telephone: (415) 977-8976
        Facsimile: (415) 744-0134
9       Email: jacob.mikow@ssa.gov
10 Attorneys for Defendant

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| GAIL CLARK, | ) No. 5:12-CV-00910-MAN |
|---|---|
| Plaintiff, | ) **[PROPOSED]** |
| v. | ) **JUDGMENT OF REMAND** |
| MICHAEL J. ASTRUE, | ) |
| Commissioner of Social Security, | ) |
| Defendant. | ) |

Pursuant to the parties' Stipulation to Voluntary Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g) and to Entry of Judgment ("Stipulation to Remand") lodged concurrently with the lodging of the within Judgment of Remand, **IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that the

///

1  above-captioned action is remanded to the Commissioner of Social Security for
2  further proceedings consistent with the Stipulation to Remand.
3
4  DATED:  August 24, 2012            *Margaret A. Nagle*
5                                     _____
6                                     MARGARET A. NAGLE
                                       UNITED STATES MAGISTRATE JUDGE