1  Laura E. Krank
   Attorney at Law: 220208
2  Law Offices of Rohlfing & Kalagian, LLP
   211 East Ocean Boulevard, Suite 420
3  Long Beach, CA 90802
   Tel.: (562)437-7006
4  Fax: (562)432-2935
   E-mail: rohlfing.kalagian@rksslaw.com
5
   Attorneys for Plaintiff
6  Gail Clark

7

8           **UNITED STATES DISTRICT COURT**

9           **CENTRAL DISTRICT OF CALIFORNIA**

10

11  GAIL CLARK,                          ) Case No.: 5:12-CV-910 MAN
                                         )
12           Plaintiff,                  ) {PROPOSED} ORDER AWARDING
                                         ) EQUAL ACCESS TO JUSTICE ACT
13      vs.                              ) ATTORNEY FEES AND EXPENSES
                                         ) PURSUANT TO 28 U.S.C. § 2412(d)
14  MICHAEL J. ASTRUE,                   )
    Commissioner of Social Security,     )
15                                       )
             Defendant                   )
16  _____)

17

18       Based upon the parties' Stipulation for the Award and Payment of Attorney

19  Fees Pursuant to the Equal Access to Justice Act ("Stipulation"):

20       IT IS ORDERED that fees and expenses in the amount of $950.00, as

21  authorized by 28 U.S.C. § 2412, shall be awarded subject to the terms of the

22  Stipulation.

23  DATE:  October 12, 2012           *Margaret A. Nagle*

24                                    _____
                                         MARGARET A. NAGLE
25                                    UNITED STATES MAGISTRATE JUDGE

26

-1-